# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 12-2246 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: **TATTOO ART, INCORPORATED** _____

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Mark R. Baumgartner, Esq. _____
(signature)

Mark R. Baumgartner, Esq. _____          757.490.6276 _____
Name (printed or typed)                                              Voice Phone

Pender & Coward, P.C. _____               757.497.1914 _____
Firm Name (if applicable)                                           Fax Number

222 Central Park Avenue, Suite 400 _____

Virginia Beach, VA 23462-3026 _____       mbaumgar@pendercoward.com _____
Address                                                              E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on October 30, 2012 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Erin Quinn Ashcroft, Esq.<br>eashcroft@mcguirewoods.com | Robert W. McFarland, Esq.<br>rmcfarland@mcguirewoods.com |
| Nicholas Shaker Ayoub, Esq.<br>ayoub@wheelerupham.com<br>becker@wheelerupham.com | David Neil Ventker, Esq.<br>dventker@ventkerlaw.com<br>jpetrone@ventkerlaw.com<br>vhuber@ventkerlaw.com |

/s/ Kristen R. Jurjevich, Esq. _____          October 30, 2012 _____
Signature                                                            Date

11/17/2011
SCC